Filed                   20-CI-00275      02/28/2020        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest      20-CI-00275      02/28/2020        /s/Anna Pinson Spears, Pike Circuit Clerk

## COMMONWEALTH OF KENTUCKY
## PIKE CIRCUIT COURT
## DIVISION NO. _____

CIVIL ACTION NO. 20-CI-_____

ARTISTS COLLABORATIVE THEATRE, INC.                                              PLAINTIFF

VS.                                         **COMPLAINT**

KGKCORP, LLC D/B/A KING INSURANCE GROUP
Registered Agent:    Keith G. King
                     216 W. Pecan St.
                     Gainseville, TX 76240

SERVE:      Commonwealth of Kentucky
            Secretary of State
            Summons Branch
            700 Capital Avenue, Suite 86
            Frankfort, Kentucky 40601



And

KEITH GRICE KING
216 W. Pecan St.
Gainesville, TX 76240

SERVE:      Commonwealth of Kentucky
            Secretary of State
            Summons Branch
            700 Capital Avenue, Suite 86
            Frankfort, Kentucky 40601

* * * * * * * * * * * * * * *

Comes the Plaintiff, Artists Collaborative Theatre, Inc., by counsel, and for their

Complaint against the Defendants, KGKcorp, LLC, and Keith Grice King, states as follows:

Page 1 of 7

**EXHIBIT 1**

Filed                   20-CI-00275      02/28/2020        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest      20-CI-00275      02/28/2020        /s/Anna Pinson Spears, Pike Circuit Clerk

Filed                    20-CI-00275    02/28/2020          Anna Pinson Spears, Pike Circuit Clerk
A true copy attest       20-CI-00275    02/28/2020          /s/Anna Pinson Spears, Pike Circuit Clerk

1. The Plaintiff, Artists Collaborative Theatre, Inc., is a non-profit corporation organized and existing under the laws of the Commonwealth of Kentucky. The principal place of business for the Plaintiff is located at 207 North Patty Loveless Drive, Elkhorn City, Kentucky 41522.

2. The Defendant, KGKcorp, LLC, d/b/a King Insurance Group, is an insurance agency whose principal place of business is located at 216 W. Pecan Street, Gainesville, Texas, 76240. Service of process may be obtained on this Defendant pursuant to the provisions of KRS 454.210, also known as the Kentucky long arm statute, by delivering a true and accurate copy of the Summons and Complaint to the Secretary of State of the Commonwealth of Kentucky, the statutory agent for service of process for this Defendant.

3. The Defendant, Keith Grice King, is an insurance agent licensed to sell insurance within the Commonwealth of Kentucky, and whose business address is 216 W. Pecan Street, Gainseville, Texas 76240. Service of Process may be obtained on this Defendant pursuant to the provisions of KRS 454.210, also known as the Kentucky long arm statute, by delivering a true and accurate copy of the Summons and Complaint to the Secretary of State of the Commonwealth of Kentucky, the statutory agent for service of process for this Defendant.

4. The Defendant, KGKcorp, LLC, d/b/a King Insurance Group is an insurance agency located in Gaineville, Texas. Based upon information and belief this entity was not licensed to conduct business in the Commonwealth of Kentucky, but nevertheless sold a policy of insurance to the Plaintiff, Artists Collaborative Theatre, Inc., including, but not limited to coverage to insure the Plaintiff's business premise, and its contents, against the peril of fire and other damage.

Filed                    20-CI-00275    02/28/2020          Anna Pinson Spears, Pike Circuit Clerk
A true copy attest       20-CI-00275    02/28/2020          /s/Anna Pinson Spears, Pike Circuit Clerk

Filed            20-CI-00275    02/28/2020          Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   20-CI-00275    02/28/2020          /s/Anna Pinson Spears, Pike Circuit Clerk

5. The Defendant, Keith Grice King, is believed to have been the licensed agent who sold the aforementioned policy to the Plaintiff, Artists Collaborative Theatre, Inc.

6. After the Plaintiff purchased the aforementioned insurance policy the policy was allegedly cancelled for non-payment of premiums due to a change in the billing company used by the insurer. When officers of the Plaintiff discovered that the policy had been cancelled they began working with the Defendants to obtain reinstatement of the policy insuring the Plaintiff's business premises.

7. On or about October 30, 2019, Nikki King, who is believed to be an employee of the Defendant, KGKcorp, LLC, d/b/a King Insurance Group, sent an e-mail to an agent of the Plaintiff stating that she had attached the "new policy for Artists Collaborative Theatre, Inc.

8. Based upon information and belief the insurance policy for the Plaintiff, Artists Collaborative Theatre, Inc., had not in fact been reissued or reinstated by October 30, 2019.

9. Based upon information and belief the Defendants were notified on December 17, 2019 by representatives of the insurer that the policy of insurance in question had been approved for reinstatement, but would not be reinstated until payment was made. Moreover, the insurer notified the Defendants, KGKcorp, LLC, d/b/a King Insurance Group, and Keith Grice King on that date that the Defendants should "Please kindly instruct the insured to call and make payment as soon as possible." The Defendants were further advised by the insurer that if payment was not made within 48 hours, by 8:00 a.m. on December 19, 2019 the policy would be closed and not reinstated. This information was never conveyed to any agent or representative of the Plaintiff, Artists Collaborative Theatre, Inc., by the Defendants, KGKcorp, LLC, d/b/a King Insurance Group or Keith Grice King. The Plaintiff's policy was therefore never reinstated even

Filed            20-CI-00275    02/28/2020          Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   20-CI-00275    02/28/2020          /s/Anna Pinson Spears, Pike Circuit Clerk

Case: 7:20-cv-00044-DLB-EBA   Doc #: 1-1   Filed: 03/30/20   Page: 4 of 15 - Page ID#: 7

Filed              20-CI-00275     02/28/2020         Anna Pinson Spears, Pike Circuit Clerk
A true copy attest 20-CI-00275     02/28/2020         /s/Anna Pinson Spears, Pike Circuit Clerk

though the Defendants had represented to the Plaintiff that the policy had been reinstated.

10. On or about January 25, 2020, a fire completely consumed the premises of the Plaintiff, Artists Collaborative Theatre, Inc., and the contents therein.

11. Representatives of the Plaintiff subsequently contacted the insurer to file a claim for the loss only to discover that the policy was not in force due to the failure to pay the premium by the deadline conveyed to the Defendants in the e-mail of December 17, 2019. At no time did any representative of the Defendants relay or convey the message from the insurer that payment had to be made before the policy was reinstated, and the actions of the Defendants caused the Plaintiff to believe that the policy had in fact been reinstated.

## COUNT I

12. The Plaintiff, Artists Collaborative Theatre, Inc., adopts and reiterates each and every allegation set forth above.

13. The Defendants, KGKcorp, LLC, d/b/a King Insurance Group, by and through its agents and employees, and Keith Grice King were negligent in failing to take the proper steps to see that the Plaintiff's insurance policy was reinstated, and further were negligent in failing to convey the information from the insurer that payment must be made prior to the policy being reinstated. As a direct and proximate result of the negligence of the Defendants, the Plaintiff's business premises was uninsured at the time of the subject fire loss on January 25, 2020. Therefore, the Plaintiff is entitled to recover damages from the Defendants up to the face amount of the policy of insurance that the Defendants had represented was in full force and effect.

Page 4 of 7

Filed                20-CI-00275      02/28/2020          Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   20-CI-00275      02/28/2020          /s/Anna Pinson Spears, Pike Circuit Clerk

## COUNT II

14. The Plaintiff, Artists Collaborative Theatre, Inc., adopts and reiterates each and every allegation set forth above.

15. The Defendants, KGKcorp, LLC, d/b/a King Insurance Group, by and through its agents, including, but not limited to Nikki King negligently misrepresented to an agent of the Plaintiff on October 30, 2019 that a new policy had in fact been in issued for the Plaintiff, Artists Collaborative Theatre, Inc., when in fact no such policy had been issued. Had the authorized representatives of the Plaintiff been made aware that the policy had not been reinstated then they could have obtained coverage from another company. This material misrepresentation that the policy had been issued when in fact the insurer had not authorized the reinstatement of the policy until mid December, 2019 was a substantial factor in the Plaintiff being uninsured at the time of the fire loss on January 25, 2020. Therefore, the Plaintiff, Artists Collaborative Theatre, Inc., is entitled to recover damages up to the face amount of the policy that the Plaintiff had been led to believe was in effect at the time of the subject fire loss.

## COUNT III

16. The Plaintiff, Artists Collaborative Theatre, Inc., adopts and reiterates each and every allegation set forth above.

17. The Defendant, KGKcorp, LLC, d/b/a King Insurance Group is vicariously liable for the negligence of its agents and employees, including, but not limited to the Defendant, Keith Grice King and Nikki King, and therefore, the Plaintiff is entitled to recover from this Defendant jointly and severally pursuant to the doctrine of respondent superior.

Filed                20-CI-00275      02/28/2020          Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   20-CI-00275      02/28/2020          /s/Anna Pinson Spears, Pike Circuit Clerk

Filed             20-CI-00275    02/28/2020    Anna Pinson Spears, Pike Circuit Clerk
A true copy attest    20-CI-00275    02/28/2020    /s/Anna Pinson Spears, Pike Circuit Clerk

## COUNT IV

18. The Plaintiff, Artists Collaborative Theatre, Inc., adopts and reiterates each and every allegation set forth above.

19. The conduct of the Defendants, KGKcorp, LLC, d/b/a King Insurance Group and Keith Grice King was grossly negligent and in reckless disregard of the rights of the Plaintiff, Artists Collaborative Thearte, Inc., therefore, the Plaintiff is entitled to recover punitive damages from these Defendants, as well as incidental and consequential damages flowing from their conduct.

20. The damages sustained by the Plaintiff, Artists Collaborative Theatre, Inc., exceed the minimum jurisdictional limits of this Court, and the United States District Court for the Eastern District of Kentucky.

WHEREFORE, for the Plaintiff, Artists Collaborative Theatre, Inc., respectfully demands judgment against the Defendants, KGKcorp, LLC, d/b/a King Insurance Group and Keith Grice King, jointly and severally as follows:

1. That the Clerk of this Court issue a Summons to the Defendant, KGKcorp, LLC, d/b/a King Insurance Group, to be served upon said Defendant along with a copy of the Complaint and other initiating documents.

2. That the Clerk of this Court issue a Summons to the Defendant, Keith Grice King, to be served upon said Defendant along with a copy of the Complaint and other initiating documents.

3. Judgment against the Defendants, KGKcorp, LLC, d/b/a King Insurance Group and Keith Grice King, jointly and severally for the following elements of damages:

Page 6 of 7

Filed             20-CI-00275    02/28/2020    Anna Pinson Spears, Pike Circuit Clerk
A true copy attest 20-CI-00275   02/28/2020    /s/Anna Pinson Spears, Pike Circuit Clerk

    a.     Compensatory and punitive damages;

    b.     Incidental and consequential damages; and

    c.     Any and all other damages to which the Plaintiff may be entitled.

4. Judgment against the Defendant, KGKcorp, LLC, d/b/a King Insurance Group for vicarious liability pursuant to the doctrine of respondent superior for the negligence of its employees, including but not limited to Keith Grice King.

5. Trial by jury.

6. Plaintiff's costs expended herein;

7. A reasonable attorney's fee;

8. Any and all other relief to which the Plaintiff is entitled.

/s/ Ray S. Jones, II
RAY S. JONES, II
KEVIN P. KEENE
The Law Office of Ray S. Jones, P.S.C.
P.O. Box 3850
Pikeville, Kentucky 41502
(606)-432-5777
Ray@rayjoneslaw.com
Counsel for the Plaintiff

Filed             20-CI-00275    02/28/2020    Anna Pinson Spears, Pike Circuit Clerk
A true copy attest 20-CI-00275   02/28/2020    /s/Anna Pinson Spears, Pike Circuit Clerk

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00275**<br>90779<br>Court: **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO: **KEITH  G KING**
   **216 WEST PECAN STREET**
   **GAINESVILLE, TX 76240**

Memo: Related party is KGKCORP, LLC D/B/A KING INSURANCE GROUP

The Commonwealth of Kentucky to Defendant:
**KGKCORP, LLC D/B/A KING INSURANCE GROUP**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears*
Pike Circuit Clerk
Date: **2/28/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 ____          _____
                                    Served By

                                    _____
                                    Title

---

Summons ID: @00000203954
CIRCUIT: 20-CI-00275 Certified Mail
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
03/30/2020 01:18:17 PM
Presiding Judge: HON. EDDY COLEMAN (635126)
CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00275**<br>            90779<br>Court:  **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO:  **KEITH  GRICE  KING**
     **216 WEST PECAN STREET**
     **GAINESVILLE, TX 76240**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                                  *Anna Pinson Spears*
                                                  Pike Circuit Clerk
                                                  Date: **2/28/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____          _____
                                          Served By
                                       _____
                                          Title

Summons ID: @00000203953
CIRCUIT: 20-CI-00275 Long Arm Statute – SOS - Restricted Delivery
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
03/30/2020 01:18:13 PM
90779

Presiding Judge: HON. EDDY COLEMAN (635126)

CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **20-CI-00275**<br>90779<br>Court: **CIRCUIT**<br>County: **PIKE** |

NOT ORIGINAL DOCUMENT
03/30/2020 01:17:51 PM

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO: **KGKCORP, LLC D/B/A KING INSURANCE GROUP**
**216 WEST PECAN STREET**
**GAINESVILLE, TX 76240**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears*
Pike Circuit Clerk
Date: **2/28/2020**

Presiding Judge: HON. EDDY COLEMAN (635126)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____       _____
                                 Served By

                                 _____
                                 Title

Summons ID: @00000203950
CIRCUIT: 20-CI-00275 Certified Mail
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1

eFiled

CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00275**<br>            90779<br>Court:  **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO:  **KEITH  GRICE  KING**
   **216 WEST PECAN STREET**
   **GAINESVILLE, TX 76240**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                                            *Anna Pinson Spears*
                                                            Pike Circuit Clerk
                                                            Date: **2/28/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____            _____
                                                            Served By

                                                            _____
                                                            Title

Summons ID: @00000203952
CIRCUIT: 20-CI-00275 Certified Mail
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1

eFiled

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00275**<br>90779<br>Court: **CIRCUIT**<br>County: **PIKE** |

NOT ORIGINAL DOCUMENT
03/30/2020 01:18:25 PM
90779

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO:  **KEITH G KING**
   **216 WEST PECAN STREET**
   **GAINESVILLE, TX 76240**

Memo: Related party is KGKCORP, LLC D/B/A KING INSURANCE GROUP

The Commonwealth of Kentucky to Defendant:
**KGKCORP, LLC D/B/A KING INSURANCE GROUP**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears*
Pike Circuit Clerk
Date: **2/28/2020**

Presiding Judge: HON. EDDY COLEMAN (635126)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000203956
CIRCUIT: 20-CI-00275 Long Arm Statute – SOS - Restricted Delivery
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1


eFiled

CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/30/2020 01:18:03 PM<br>90779<br>Case #: **20-CI-00275**<br>Court: **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO:  **KGKCORP, LLC D/B/A KING INSURANCE GROUP**
     **216 WEST PECAN STREET**
     **GAINESVILLE, TX 76240**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears*
Pike Circuit Clerk
Date: **2/28/2020**

Presiding Judge: HON. EDDY COLEMAN (635126)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 ____         _____
                                    Served By

                                    _____
                                    Title

---

Summons ID: @00000203951
CIRCUIT: 20-CI-00275 Long Arm Statute – Secretary of State
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1

eFiled

CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>03/30/2020 01:18:20 PM<br>90779<br>Case #: **20-CI-00275**<br>Court: **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**, *Defendant*

TO:  **KEITH  G KING**
     **216 WEST PECAN STREET**
     **GAINESVILLE, TX 76240**

Memo: Related party is KGKCORP, LLC D/B/A KING INSURANCE GROUP

The Commonwealth of Kentucky to Defendant:
**KGKCORP, LLC D/B/A KING INSURANCE GROUP**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears/*
Pike Circuit Clerk
Date: **2/28/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____         _____
                                         Served By

                                         _____
                                         Title

---

Summons ID: @00000203955
CIRCUIT: 20-CI-00275 Long Arm Statute – Secretary of State
ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI



Page 1 of 1

eFiled

Presiding Judge: HON. EDDY COLEMAN (635126)
CI : 000001 of 000001



**Commonwealth of Kentucky**
**Anna Pinson Spears, Pike Circuit Clerk**

NOT ORIGINAL DOCUMENT
03/30/2020 01:18:33 PM
90779

Case #: **20-CI-00275**     Envelope #: **2277186**
Received From: **RAY JONES**     Account Of: **RAY JONES**
Case Title: **ARTISTS COLLABORATIVE THEATRE, INC VS. KGKCORP, LLC D/B/A KI**     Confirmation Number: **105918871**
Filed On **2/28/2020   5:25:44PM**

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $37.50 |
| 9 | Charges For Services(Copy - Photocopy) | $2.70 |
| 10 | Money Collected For Others(Postage) | $25.60 |
| 11 | Money Collected For Others(Secretary of State) | $20.00 |
| 12 | Charges For Services(Copy - Photocopy) | $3.60 |
| 13 | Charges For Services(Attestation) | $0.50 |
| 14 | Money Collected For Others(Postage) | $25.60 |
| 15 | Money Collected For Others(Secretary of State) | $30.90 |
| 16 | Charges For Services(Copy - Photocopy) | $3.60 |
| 17 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | **$441.50** |

Generated: 3/2/2020     Page 1 of 1