UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

Eastern District of Kentucky
FILED
DEC - 1 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ARTISTS COLLABORATIVE THEATRE, INC. | ) CIVIL CASE No.: 7:20-cv-00044 |
| Plaintiff, | ) **ORDER GRANTING REQUEST FOR DISMISSAL** |
| v. | ) |
| KGKCORP, LLC d/b/a KING INSURANCE GROUP, *et al.* | ) |
| Defendants. | ) |

This Court, having considered the Joint Notification of Settlement and Request for Dismissal, hereby GRANTS said Request.

It is therefore, ORDERED that this matter, in its entirety, is dismissed, with prejudice, with each party bearing its own cost of litigation.

SO ORDERED this _1st_ day of _December_ 2020.

Signed By:
David L. Bunning
United States District Judge

Honorable David L. Bunning,
United States District Judge